AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRANDON L. PIERCE,

          Plaintiff,

          v.

SGT FOSTER, SGT PARCELL, SPOKANE COUNTY JAIL CORRECTIONAL SERGEANTS, and DR. KENNEDY,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-079-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: This action is DISMISSED WITHOUT PREJUDICE for failure to obey a Court Order to comply with the filing fee requirements of 28 U.S.C. §§ 1914(a) and 1915(a).

May 14, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia